■ In the Matter of the Estate of GLORIA H. LAMBERT, Deceased. WAYNE C. LAMBERT, Respondent; JOHN R. LAMBERT, Appellant. [958 NYS2d 635]—Appeal from an order of the Surrogate's Court, Oswego County (John J. Elliott, S.), entered September 15, 2011. The order, inter alia, denied the motion of respondent-petitioner to vacate a decree of probate, granted the petition of petitioner-respondent for appointment as successor executor and denied the cross petition of respondent-petitioner for probate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision by the Surrogate. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMMAR HALL, Appellant. [959 NYS2d 85]—Appeal from a judgment of the Supreme Court, Monroe County (Stephen R. Sirkin, A.J.), rendered February 23, 2009. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Lindley, Valentino and Martoche, JJ.

■ MELODY BARROWS et al., Appellants, v PETER CATALANO et al., Respondents. [959 NYS2d 85]—Appeal from an order of the Supreme Court, Onondaga County (John C. Cherundolo, A.J.), entered January 27, 2012. The order granted defendants' motion for summary judgment dismissing plaintiffs' complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Lindley, Valentino and Martoche, JJ.